UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

__USA__,
                              Plaintiff(s),

v.

__Carmen Torres__
                              Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 244-3 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

___ Status conference                 ___ Final pretrial conference

___ Telephone conference              ___ Jury selection and trial

___ Pre-motion conference             ___ Bench trial

___ Settlement conference             ___ Suppression hearing

___ Oral argument                     ___ Plea hearing

___ Bench ruling on motion            ✓ Sentencing

on __8/26__, 20__20__, at __10:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __6/22/20__

All requests for adjournments or extensions of time must be in writing and **filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5-13-__, 20__20__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge