UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

___USA___,
                Plaintiff(s),

v.

___Carmen Torres___
                Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__19__ CR __244-3__ (VB)

      **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

___ Status conference        ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference     ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument               ___ Plea hearing

___ Bench ruling on motion    ✓ Sentencing

on __10-5-__, 20__20__, at __3:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __10-5-20 at 2:15 PM__

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __9-14-__, 20__20__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge