**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 Franklin Avenue, Suite 305**
**Garden City, New York 11530**
**(516) 742-5600 Fax (516) 742-5040**
**Email: JSWallensteinEsq@outlook.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-20

September 16, 2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Carmen Torres
             Docket # 19 CR 244 (VB)

Dear Judge Briccetti,

    Sentencing for the above defendant is presently scheduled for October 5. My client resides with her parents, and her father is scheduled for surgery on October 3. My client will need to be available for the care of her elderly parents for an extended period of time thereafter.

    We respectfully request that sentencing be adjourned until December 28, 2020 at 12:00 PM. The Government consents to this application, and Ms. Hilbert confirms the Court's availability.

    Thank you for your courtesy and consideration.

                                        Respectfully yours,

                                        *John S. Wallenstein*
                                        JOHN S. WALLENSTEIN

JSW/hs
cc:    AUSA Emily Deininger (by email)
       USPO Sara Willette (by email)

---

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ VLB

Vincent L. Briccetti, U.S.D.J.
Dated: 9/17/2020
White Plains, NY

Sentencing adjourned to 12/28/2020 at 12:00 p.m.