UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
__USA_____,
                          Plaintiff(s),

v.

__Carmen Torres_____,
                        Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 244-3 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/re-scheduled for:

___ Status conference        ___ Final pretrial conference

___ Telephone conference        ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument        ___ Plea hearing

___ Bench ruling on motion        ✓ Sentencing

on __4-12-__, 20_21_, at __3:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __2-24-21__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __1-8-__, 20 _21_
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge